FILED
February 5, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    Case No. 2:10CR00042-MCE
            Plaintiff,          )
                                )    ORDER FOR RELEASE OF
v.                              )    PERSON IN CUSTODY
                                )
KEIT TRAN,                      )
                                )
            Defendant.          )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  KEIT TRAN , Case No.  2:10CR00042-MCE , Charge  21USC § 846 & 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 158,000.00

    \_\_ Unsecured Appearance Bond

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond with Surety

    \_\_ Corporate Surety Bail Bond

    ✔ (Other)     Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  February 5, 2010  at  4:20 pm .

By  /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge

Copy 5 - Court