```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  KEIT TRAN
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,      ) No. CR-S-10-00042-MCE
                                  )
12            Plaintiff,          )
                                  ) DEFENDANT'S WAIVER OF APPEARANCE
13       v.                       )
                                  )
14 KEIT TRAN,                     )
                                  )
15            Defendant.          ) Judge: Morrison C. England, Jr.
                                  )
16 _____)
17
```

18      Pursuant to Rule 43 of the Federal Rules of Criminal Procedure,
19 defendant, KEIT TRAN, hereby waives the right to be present in person
20 in open court upon the hearing of any motion or other proceeding in
21 this case, including, but not limited to, when the case is set for
22 trial, when a continuance is ordered, and when any other action is
23 taken by the court before or after trial, except upon arraignment,
24 plea, impanelment of jury and imposition of sentence.
25      Defendant hereby requests the Court to proceed during every
26 absence of his which the Court may permit pursuant to this waiver;
27 agrees that his interests will be deemed represented at all times by
28 the presence of his attorney, the same as if the defendant were

personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and dates under that Act without his personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated: February 23, 2010

/s/ *Keit Tran*

_____
KEIT TRAN
(Original retained by attorney)

I agree and consent to my client's waiver of appearance.

Dated: February 23, 2010

/s/ *Linda C. Harter*

_____
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
KEIT TRAN

IT IS SO ORDERED.

Dated: March 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE