```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEIT TRAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>KEIT TRAN,<br><br>          Defendant.<br>_____ | No. Cr. S 10-042 MCE<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE PURSUANT TO 18 USC §3145(a); ORDER<br><br>Judge: Hon. Morrison C. England |

    Keit Tran was released on February 5, 2010 under strict conditions.  One of those conditions was that he be placed on "Home Incarceration".  This condition has restricted him to his residence at all times except for medical needs, religious services and court appearances.  While on release, Mr. Tran has been subject to drug testing and other requirements.  There have been no violations of his release conditions.

    Mr. Tran has custody of his son on the weekends.  He would like to be able to take his son to the movies or a local park during the times he has custody.  Mr. Tran would also like to try and find work to help support the family.  Based on his behavior since he was released, his

1  pretrial service office believes that a change to Home Detention[1]
2  rather than Home Incarceration would be appropriate.  His pretrial
3  service officer has consulted with both parties regarding a
4  modification of the release conditions.

5     The parties have agreed to recommend a modification of the
6  conditions of Mr. Tran's release as indicated on the attached list of
7  conditions prepared by pretrial services.  The amendment would only
8  change Home Incarceration to Home Detention and would require Mr. Tran
9  to seek or maintain employment as approved by his pretrial services
10 officer.  All other conditions would remain the same.  The parties are
11 requesting, pursuant to 18 U.S.C. 3145(a) that the Court order this
12 modification and impose the new, amended conditions of release as
13 provided in the attachment to this stipulation.

14 Dated:  May 24, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    KEIT TRAN


22 Dated:  May 24, 2010              BENJAMIN WAGNER
                                    United States Attorney

                                    /s/ Linda C. Harter for
                                    JASON HITT
                                    Assistant United States Attorney

---

[1] Home Detention would restrict Mr. Tran to his residence except for medical needs, religious services, court appearances, employment, education, and other activities pre-approved by the pretrial services officer.

-2-

**ORDER**

Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Keith Tran's release are hereby modified pursuant to 18 U.S.C. § 3145(a).  The new conditions of release are those set forth in the Amended Release Conditions dated May 18, 2010 and attached to the parties stipulation.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE