DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KEIT TRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr S 10-042 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE PURSUANT TO 18 U.S.C. § 3145(A0; ORDER |
| KEIT TRAN, | |
| Defendant. | Judge: Hon. Edmund F. Brennan |

Keith Tran was released on February 5, 2010 under strict conditions of release. At that time he was placed on "Home Incarceration". In May of 2010, those conditions were modified somewhat to allow him to spend additional time with his son on the weekend. At this time the parties, with the full agreement of pretrial services, are requesting that special condition 12 be modified and that the condition that he continue on Home Detention be replaced with a Curfew condition that will be monitored by pretrial services. All other conditions are to remain the same. Attached is the new Amended Conditions as written by the pretrial services officer.
////

  This change is requested in order that he might seek employment and spend more time with his son. The parties feel that it is appropriate at this time since there have been no problems during his supervision.

Dated:  June 20, 2011

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　Federal Defender


　　　　　　　　　　　　　　　　　/s/ *Linda C. Harter*
　　　　　　　　　　　　　　　　　LINDA C. HARTER
　　　　　　　　　　　　　　　　　Chief Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　KEIT TRAN



　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　/s/ *Linda C. Harter for*
　　　　　　　　　　　　　　　　　Jason S. Hitt
　　　　　　　　　　　　　　　　　Assistant United States Attorney


**ORDER**

  Good cause appearing and for the reasons stated in the stipulation of the parties, the conditions of Mr. Keith Tran's release are hereby modified pursuant to 18 U.S.C. § 3145(a). The new conditions of release are those set forth in the Amended Release Conditions attached to the parties stipulation.

Dated: June 24, 2011

　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE