```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  KEIT TRAN

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. CR-S-10-00042 MCE
                                   )
12              Plaintiff,         )
                                   ) STIPULATION AND ORDER VACATING
13       v.                        ) STATUS CONFERENCE AND SETTING FOR
                                   ) CHANGE OF PLEA
14  KEIT TRAN,                     )
                                   )
15              Defendant.         ) DATE: July 19, 2012
                                   ) TIME: 9:00 a.m.
16  _____) Judge: Morrison C. England
```

17

18       It is hereby stipulated and agreed to between the United States

19  of America through Jason Hitt, Assistant U.S. Attorney, and defendant,

20  KEIT TRAN, by and through his counsel, Linda C. Harter, Chief Assistant

21  Federal Defender, that the status conference date of July 19, 2012 be

22  vacated, and the matter set for a change of plea on August 9, 2012 at

23  9:00 am.

24       This continuance is requested because defense counsel is

25  presently out of the district and unavailable on the presently

26  scheduled date.  Additionally, counsel for the government has provided

27  a proposed plea agreement to defense counsel.

28  ///

1  Defense counsel seeks additional time to review the proposed agreement
2  with Mr. Tran, and to continue discussions with counsel for the
3  government.
4       Based upon the foregoing, the parties stipulate and agree that
5  the ends of justice served by granting this continuance outweigh the
6  best interests of the public and the defendant in a speedy trial
7  and time under the Speedy Trial Act should be excluded from the date of
8  signing of this order through and including August 9, 2012 pursuant to
9  18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
10 Code T4 based upon continuity of counsel and defense preparation.

11 Dated: July 17, 2012                Respectfully submitted,

12                                     DANIEL J. BRODERICK
                                       Federal Defender
13
                                       /s/ Daniel Broderick for
14                                     LINDA C. HARTER
                                       Assistant Federal Defender
15                                     Attorney for Defendant
                                       KEIT TRAN
16

17 Dated: July 17, 2012                BENJAMIN B. WAGNER
                                       United States Attorney
18
                                       /s/ Daniel Broderick for
19                                     JASON HITT
                                       Assistant U.S. Attorney
20                                     Attorney for Plaintiff

21
22
23
24
25
26 ///
27 ///
28 ///

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 9, 2012.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE