HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
KEIT TRAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. S 10-cr-42 MCE |
|---|---|
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| KEIT TRAN, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |
| | Judge: Honorable MORRISON C. ENGLAND, JR. |

Defendant, KEIT TRAN, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.   Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.   On September 12, 2013, this Court sentenced Mr. Tran to a term of 96 months imprisonment;

3.   Mr. Tran's total offense level was 31, his criminal history category was III, and the resulting guideline range was 135 to 168 months. He received a sentence below the guideline range on the government's motion;

1    4.    The sentencing range applicable to Mr. Tran was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.    Mr. Tran's total offense level has been reduced from 31 to 29, and his amended guideline range is 108 to 135 months. A reduction comparable to the one he received initially produces a term of 76 months;

6.    Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Tran's term of imprisonment to a total term of 76 months.

Respectfully submitted,

| | |
|---|---|
| Dated:  August 12, 2015 | Dated:  August 12, 2015 |
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *Hannah R. Labaree*<br>HANNAH R. LABAREE<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>KEIT TRAN |

# ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Tran is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 108 to 135 months. A reduction comparable to the one he received initially produces a term of 76 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in November of 2012 is reduced to a term of 76 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Tran shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT